In re:  
Charles L. Motton  
Lorna P. Barrett-Motton  
    Debtors

Case No. 12-14425-jps  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0647-1     User: athre     Page 1 of 2     Date Rcvd: Jun 30, 2014  
                     Form ID: 215aBAPC    Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2014.

```
db/db      +Charles L. Motton,    Lorna P. Barrett-Motton,    18378 Brick Mill Run,
             Strongsville, OH 44136-7149
21595481   +AES Loan Servicing,    PO Box 2461,    Harrisburg, PA 17105-2461
21595475   +Atty. General of Ohio,    150 E. Gay Street,    21st Floor,    Columbus, OH 43215-3191
21595476   +Atty. General of US,    c/o Department of Justice,    Tax Div. Civil Trail, Northern,
             P.O. Box 55, Ben Franklin Station,    Washington, DC 20044-0055
21595473   +CCO Mortgage,    PO Box 6260,    Glen Allen, VA 23058-6260
21595484   +Cach, LLC/ MBNA America,    4340 S. Monaco, 2nd Floor,    Denver, CO 80237-3485
21595485   +Cach, LLC/MBNA America,    4340 S. Monico, 2nd Floor,    Denver, CO 80237-3485
21595478    Office of US Attorney,    Carl B. Stokes US Courthouse,    801 W. Superior Ave. #400,
             Cleveland, OH 44113-1852
21595479   +Ohio Dept. of Taxation,    Bankruptcy Division,    PO Box 530,    Columbus, OH 43216-0530
21757310   +RBS Citizens NA,    10561 Telegraph Road,    Glen Allen, VA 23059-4577
21595480   +RITA,    PO Box 470537,    Broadview Heights, OH 44147-0537
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
21595482   +EDI: PHINPLAZA.COM Jun 30 2014 22:03:00      AES Loan Servicing,    c/o Plaza Associates,
             JAF Station PO Box 2769,    New York, NY 10116-2769
21666466    EDI: AIS.COM Jun 30 2014 22:03:00      American InfoSource LP as agent for,    Midland Funding LLC,
             PO Box 268941,    Oklahoma City, OK   73126-8941
21595483    EDI: BANKAMER.COM Jun 30 2014 22:03:00      Bank of America,    PO Box 15026,
             Wilmington, DE 19850-5026
21595487    EDI: CAPITALONE.COM Jun 30 2014 22:03:00      Capital One,    Bankruptcy Department,    PO Box 5155,
             Norcross, GA 30091
21595486   +E-mail/Text: BKRMailOps@weltman.com Jun 30 2014 22:21:23      Cach, LLC/MBNA America,
             c/o Weltman, Weinburg & Reis,    2155 Butterfield Dr, #200,    Troy, MI 48084-3463
21719047    EDI: CAPITALONE.COM Jun 30 2014 22:03:00      Capital One Bank (USA), N.A.,    PO Box 71083,
             Charlotte, NC   28272-1083
21595489   +EDI: URSI.COM Jun 30 2014 22:03:00      Chase,    c/o United Recovery,    5800 North Course Drive,
             Houston, TX 77072-1613
21595488    EDI: CHASE.COM Jun 30 2014 22:03:00      Chase,    PO Box 15298,    Wilmington, DE 19886-5298
21595490   +EDI: CAUT.COM Jun 30 2014 22:03:00      Chase Auto Finance,    PO Box  29505,
             Phoenix, AZ 85038-9505
21630903   +EDI: TSYS2.COM Jun 30 2014 22:03:00      Department Stores National Bank/Macy's,
             Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
21595474    E-mail/Text: bankruptcy.bnc@gt-cs.com Jun 30 2014 22:20:20      Green Tree,    PO Box 6172,
             Rapid City, SD 57709-6172
21595477    EDI: IRS.COM Jun 30 2014 22:03:00      IRS Special Procedures,    PO Box 7346,
             Philadelphia, PA 19101-7346
21623770   +EDI: CAUT.COM Jun 30 2014 22:03:00      JPMorgan Chase Bank, N.A.,    AZ1-1191,    201 N Central Ave,
             Phoenix AZ 85004-0073
21595491   +EDI: TSYS2.COM Jun 30 2014 22:03:00      Macy's,    PO Box 689195,    Des Moines, IA 50368-9195
21816726    EDI: PRA.COM Jun 30 2014 22:03:00      Portfolio Recovery Associates, LLC,    POB 12914,
             Norfolk VA 23541
                                                                                               TOTAL: 15
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              State of Ohio Deparment of Taxation
21595492        Valencia Motton,    Unknown Address
cr*            +RBS Citizens, NA,    10561 Telegraph Road,    Glen Allen, VA 23059-4577
                                                                                 TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2014                                                       Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2014 at the address(es) listed below:

```
          Craig H Shopneck    ch13shopneck@ch13cleve.com,  cshopneck13@ecf.epiqsystems.com
          Debra E Booher    on behalf of Debtor Lorna P. Barrett-Motton charlotte@bankruptcyinfo.com
          Debra E Booher    on behalf of Debtor Charles L. Motton charlotte@bankruptcyinfo.com
          Timothy M. Sullivan    on behalf of Creditor   State of Ohio Deparment of Taxation tim@tmslaw.net,
           elaine@tmslaw.net;martin@tmslaw.net;Jillian@tmslaw.net
                                                                                             TOTAL: 4
```

Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**In re:**
   Charles L. Motton
   Lorna P. Barrett−Motton

**Case No.:** 12−14425−jps

**Chapter:** 13

**Address:**
   18378 Brick Mill Run
   Strongsville, OH 44136

**Last four digits of Social Security No.:**
   xxx−xx−3013
   xxx−xx−2093

### DISCHARGE OF DEBTOR AFTER COMPLETION
### OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

**Dated:** June 30, 2014            /s/ Jessica E. Price Smith
Form ohnb215BAPCP           United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. (In a case involving community property:) There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

**Debts that are Not Discharged**
Some of the common types of debts which are not discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injury or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**