Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 12−14425−jps**

**In re:**

| | |
|---|---|
| Charles L. Motton | Lorna P. Barrett−Motton |
| 18378 Brick Mill Run | 18378 Brick Mill Run |
| Strongsville, OH 44136 | Strongsville, OH 44136 |

**Social Security No.:**

xxx−xx−3013　　　　　　　　　　　　　　　　xxx−xx−2093

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Craig H Shopneck is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 13 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** September 11, 2014　　　　　　　　　　**BY THE COURT**
Form ohnb136　　　　　　　　　　　　　　　　/s/ Jessica E. Price Smith
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge