UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO (CLEVELAND)

| | |
|---|---|
| In Re:<br><br>CHARLES L. MOTTON and<br>LORNA P. BARRETT-MOTTON,<br><br>Debtors. | Chapter 13 Case No. 12-14425-JPS |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on April 9, 2021, the undersigned filed a **Joint Motion to Withdraw Motion to Reopen Chapter 13 Case and for Declaratory Ruling Regarding Discharge**. Pursuant to LBR 9013-3, Notice is hereby given that any response or objection must be filed no later than **April 30, 2021**, if the relief sought is opposed, and that the Court is authorized to grant the relief requested without further notice unless a timely objection is filed.

Respectfully submitted,

Dated: April 12, 2021

*s/ James K. Schultz*
James K. Schultz, Esq.
Sessions, Israel & Shartle, LLC
141 W. Jackson Blvd., Suite 3550
Chicago, IL 60604
Telephone: (619) 296-2018
E-mail: jschultz@sessions.legal

*s/ Ronald I. Frederick*
Ronald I. Frederick (0063609)
Michael L. Berler (0085728)
Michael L. Fine (00771313)
Frederick & Berler LLC
767 E. 185th St.
Cleveland, OH 44119
Telephone: (216) 502-1055
E-mail: ronf@clevelandconsumerlaw.com

mikeb@clevelandconsumerlaw.com  
michaelf@clevelandconsumerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2021, a true and correct copy of **Notice of Joint Motion to Withdraw Motion to Reopen Bankruptcy** was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

> Debra E. Booher, on behalf of Charles L. Motton and Lorna P. Barrett-Motton, debtors, at charlotte@bankruptcyinfo.com
>
> Craig H. Shopneck, on behalf of Chapter 13 Trustee's office at ch13shopneck@ch13cleve.com
>
> Timothy M. Sullivan, on behalf of State of Ohio Department of Taxation, creditor, at tim@tmslaw.net and jkoberg@tmslaw.net
>
> Ronald I. Frederick, on behalf of Charles L. Motton and Lorna P. Barrett-Motton, debtors, at ronf@clevelandconsumerlaw.com

*s/ James K. Schultz*
James K. Schultz, Esq.
Sessions, Israel & Shartle, LLC
141 W. Jackson Blvd., Suite 3550
Chicago, IL 60604
Telephone: (619) 296-2018
E-mail: jschultz@sessions.legal